This is to advise that on January 3, 2020

Judge Timothy M. Reif

Issued CONFIDENTIAL Slip Op. 20-1

In action

Court No. 15-00240

AMCOR FLEXIBLES SINGEN GmbH,

(Plaintiff,)

v.

UNITED STATES,

(Defendant.)